JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Colin Feeney

**(b)** County of Residence of First Listed Plaintiff: **New Haven**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian Kenney, Early, Lucarelli, Sweeney, Meisenkothen
265 Church Street, New Haven, CT 06506

## DEFENDANTS
Metro North Commuter Railroad Co.

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- [x] 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
*Other:*
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
45 U.S.C.A. 51 et. seq. (FELA)

Brief description of cause:
Personal Injury claim for railroad worker engaged in interstate commerce

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 500,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/2/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ Brian Kenney

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
COLIN FEENEY,                                                  :
                                                               :
                Plaintiff,                                     :
                                                               :   C.A. NO.:
-vs-                                                           :
                                                               :
METRO NORTH COMMUTER RAILROAD                                  :
                                                               :
                Defendant.                                     :
---------------------------------------------------------------X

## COUNT I

FIRST:  This action is brought under the Federal Employers' Liability Act, 45 U.S.C. §.51 *et seq*. The plaintiff is a resident of Wallingford, Connecticut and was injured in, Connecticut.

SECOND:  The defendant is a common carrier engaged in interstate commerce by rail and operates a railroad system and railroad yards within the jurisdiction of this Court and in various other States. The defendant's principal place of business is located at 345 Madison Ave, New York, NY.

THIRD:  That prior to November 2, 2019, and at all time hereinafter mentioned, the defendant employed the plaintiff as a power lineman / electrician under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

FOURTH:   That prior to November 2, 2019, and at all times hereinafter mentioned, the defendant maintained, operated and controlled the area adjacent to catenary 249, near Port Chester, New York, which contained, catenary,

1

electrical systems, tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH:  That on or about November 2, 2019, while the plaintiff, an employee of the defendant, was in the performance of his duties as a power lineman / electrician for Metro North, the defendant, its agents, servants and employees, so negligently and carelessly conducted themselves toward the plaintiff in that they:

- A. Failed to provide the plaintiff with a reasonably safe place to work;
- B. Failed to adequately warn the plaintiff of dangers where the plaintiff was injured;
- C. Failed to adequately inspect the premises for hazards;
- D. Failed to adequately remove debris from the premises;
- E. Failed to provide adequate lighting;
- F. Failed to provide reasonably safe tools and equipment;
- G. Were otherwise reckless or negligent.

As such, Metro-North negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, including the Metro-North Commuter Railroad Corporate Employee Safety Policy and Procedures; that all of the foregoing brought about severe and disabling injuries to plaintiff.

SIXTH:   On or about November 2, 2019, the Plaintiff seriously injured his back while working as power lineman / electrician near catenary 249. The

defendant was negligent, and the area surrounding catenary 249 near Port Chester, New York, constituted an unsafe place to work in that the area was dark, wet, debris ridden, and dangerous. The Defendant had actual and constructive notice of the dangerous condition prior to Plaintiff's injuries.

SEVENTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

EIGHTH:  As a result of the negligence of the defendant, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was a strong, able-bodied man, capable of earning and actually earning the wages of a power lineman / electrician; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in his employment and  that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000), together with the costs and disbursements of this action.

PLAINTIFF REQUESTS TRIAL BY JURY

Dated: December 2, 2021

            COLIN FEENEY
            By his attorneys,

      /s/ Brian Kenney
Brian Kenney, Esq.
Early, Lucarelli, Sweeney & Meisenkothen
One Century Tower, 11th Fl.
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866
bkenney@elslaw.com
Federal Bar # CT27025
Phone: (203)-777-7799
Fax:    (203)- 785-1671

Christopher C. Naumes, to be *Admitted Pro Hac Vice*
*Naumes Law Group LLC*
2 Granite Avenue, Suite 425
Milton, MA  02186
Phone: (617) 227-8444
Fax:    (617)-696-2437
christopher@naumeslaw.com
Bar Id: MA 671701

Robert T. Naumes, to be *Admitted Pro Hac Vice*
*Naumes Law Group LLC*
2 Granite Avenue, Suite 425
Milton, MA  02186
Phone: (617) 227-8444
Fax:    (617)-696-2437
robert@naumeslaw.com
Bar Id: MA 367660